UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:21-cv-2257 |
| | ) |
| THE HEALTH AND HOSPITAL | ) |
| CORPORATION OF MARION | ) |
| COUNTY a/k/a ESKENAZI HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

1. Plaintiff, Courtney Hunt ("Hunt"), brings this action against Defendant, The Health and Hospital Corporation of Marion County a/k/a Eskenazi Hospital ("Defendant"), for unlawfully violating her rights as protected by Title VII of the Civil Rights Act of 1964 ("Title VII").

**PARTIES**

2. Hunt has resided within the Southern District of Indiana at all relevant times.

3. Defendant is a political subdivision operating within the Southern District of Indiana.

**JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331; 42 U.S.C. § 1988; and 42 U.S.C. § 2000e-5(f)(3).

5. Hunt was an "employee" within the meaning of 42 U.S.C. § 2000e(f).

6. Defendant is an "employer" within the meaning of 42 U.S.C. § 2000e(b).

7. Hunt satisfied her obligations to exhaust her administrative remedies, having timely filed a Complaint with the Indiana Civil Rights Commission ("ICRC") based on race discrimination. The ICRC found that "there is probable cause to believe that a discriminatory practice occurred. .

. ." The Equal Employment Opportunity Commission issued a right-to-sue notice to Hunt. She now timely files her lawsuit.

8. Venue is proper in this Court.

## FACTUAL ALLEGATIONS

9. Hunt is an African-American female.

10. Defendant hired Hunt for the position of Violence Intervention Specialist on or about April 24, 2017.

11. Hunt's work performance met or exceeded Defendant's legitimate expectations at all relevant times.

12. Defendant fired Hunt on or about December 4, 2018.

13. Hunt had no notice her employment was in jeopardy when Defendant fired her.

14. Hunt received no discipline before Defendant fired her.

15. Defendant has accorded more favorable treatment to similarly-situated employees who are not African-American, including, but not limited to, Amy Spinx ("Spinx").

16. Spinx is not African-American.

17. Defendant took adverse employment actions against Hunt because of her race.

18. All reasons proffered by Defendant for adverse actions it took regarding Hunt's employment are pretextual.

19. Hunt has suffered injury and harm as a result of Defendant's unlawful actions, including, but not limited to, lost wages, lost benefits, inconvenience, humiliation, embarrassment, anger, disgust, frustration, and similar emotions.

## **RACE DISCRIMINATION**

20. Hunt hereby incorporates paragraphs 1-19 of her Complaint.

21. Defendant fired Hunt because of her race.

22. Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Hunt's rights as protected by Title VII.

## **REQUESTED RELIEF**

WHEREFORE, Plaintiff, Courtney Hunt, by counsel, respectfully requests that this Court find for her and order that:

1. Defendant reinstate Hunt to the same position, salary, and seniority, or pay front pay and benefits to her in lieu of reinstatement;

2. Defendant pay lost wages and benefits to Hunt;

3. Defendant pay compensatory damages to Hunt;

4. Defendant pay Hunt's attorneys' fees and costs incurred in litigating this action; and

5. Defendant pay to Hunt any and all other legal and/or equitable damages that this Court determines appropriate and just to grant.

Respectfully submitted,

John H. Haskin, Attorney No. 7576-49
Bradley L. Wilson, Attorney No.  21154-49
Shannon L. Melton, Attorney No. 29380-49
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:	(317)955-9500
Facsimile:	(317)955-2570
Email:	jhaskin@jhaskinlaw.com
	bwilson@jhaskinlaw.com
	smelton@jhaskinlaw.com
Attorneys for Plaintiff, Courtney Hunt

## **DEMAND FOR JURY TRIAL**

Plaintiff, Courtney Hunt, by counsel, respectfully requests a jury trial for all issues deemed triable.

Respectfully submitted,

John H. Haskin, Attorney No. 7576-49
Bradley L. Wilson, Attorney No.  21154-49
Shannon L. Melton, Attorney No. 29380-49