UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 21.
> JPH, 1/27/2022
> Distribution via ECF.

| | |
|---|---|
| COURTNEY HUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 1:21-cv-02257-JPH-TAB |
| THE HEALTH AND HOSPITAL CORPORATION OF MARION COUNTY a/k/a ESKENAZI HOSPITAL, | ) ) ) ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Courtney Hunt, by counsel, and the Defendant, The Health and Hospital Corporation of Marion County a/k/a Eskenazi Health, by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear its/her own costs and attorney fees.

1/5/22
Date

*/s/ Bradley L. Wilson*
John H. Haskin, Esq.
Bradley L. Wilson, Esq.
Shannon L. Melton, Esq.
John H. Haskin & Associates
Attorney for Plaintiff

1/10/22
Date

*/s/ Theresa R. Parish*
Theresa R. Parish, Esq.
Amanda C. Couture, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Attorneys for Defendant

49680938.1